1048

No. 96–6765. KLEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6767. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6769. OSORIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6779. CALDWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6785. KILAAB AL GHASHIYAH (KHAN) v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–591. VEREX ASSURANCE, INC. v. PALMA. C. A. 5th Cir. Motion of Mortgage Insurance Companies of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–604. SPECIAL SCHOOL DISTRICT No. 1 v. H. M. Ct. App. Minn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–6951 (A–428). HOKE v. NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.